**BAKER BOTTS L.L.P.**
Jeremy J. Taylor (SBN 249075)
jeremy.taylor@bakerbotts.com
101 California St., Ste. 3600
San Francisco, CA 94111
Telephone: 415.291.6200
Facsimile: 415.291.6300

*Attorneys for Defendant Lyft, Inc.*

Susan S.Q. Kalra (California State Bar No. 167940)
Email: skalra@rameyfirm.com
RAMEY LLP
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
Telephone: (800) 993- 7499
Fax: (832) 900-4941

William P. Ramey, III (pro hac vice anticipated)
Email: wramey@rameyfirm.com
RAMEY LLP
5020 Montrose Blvd., Suite 800
Houston, TX 77006
Telephone: (713) 426-3923
Fax: (832) 689-9175

*Attorneys for Plaintiff*
FARE TECHNOLOGIES LLC

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FARE TECHNOLOGIES LLC, <br><br> Plaintiff, <br><br> v. <br><br> LYFT, INC., <br><br> Defendant. | Case 3:23-cv-04935-RFL <br><br> **PARTIES' JOINT STATUS REPORT** <br><br> Hon. Judge Rita F. Lin <br><br> Location: Courtroom 15, 18th Floor |

Pursuant to the Clerk's February 21, 2024 Notice, Plaintiff Fare Technologies LLC ("Fare") and Defendant Lyft, Inc. ("Lyft") (collectively, the "Parties") submit this Joint Status Report regarding the status of settlement.

The Parties have reached a resolution in principle and are in the process of formalizing a settlement agreement.

Dated:  April 5, 2024                                            Respectfully submitted,

By:       */s/ Jeremy Taylor*
             Jeremy Taylor

             Jeremy J. Taylor (SBN 249075)
             jeremy.taylor@bakerbotts.com
             **BAKER BOTTS L.L.P.**
             101 California St., Ste. 3600
             San Francisco, CA 94111
             Telephone: 415.291.6200
             Facsimile: 415.291.6300

             *Attorneys for Defendant Lyft, Inc.*

             <u>Susan S.Q. Kalra</u>
             Susan S.Q. Kalra (California State Bar No. 167940)
             Email: skalra@rameyfirm.com
             RAMEY LLP
             5020 Montrose Blvd., Suite 800
             Houston, Texas 77006
             Telephone: (800) 993- 7499
             Fax: (832) 900-4941

             William P. Ramey, III (pro hac vice anticipated)
             Email: wramey@rameyfirm.com
             RAMEY LLP
             5020 Montrose Blvd., Suite 800
             Houston, TX 77006
             Telephone: (713) 426-3923
             Fax: (832) 689-9175

             *Attorneys for Plaintiff*
             FARE TECHNOLOGIES LLC

**ATTESTATION OF CONCURRENCE IN FILING**

Pursuant to Northern District of California Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other Signatories to this document.

| | By: | */s/ Jeremy Taylor* |
|---|---|---|
| | | Jeremy Taylor |
| | | Jeremy J. Taylor (SBN 249075)<br>jeremy.taylor@bakerbotts.com<br>**BAKER BOTTS L.L.P.**<br>101 California St., Ste. 3600<br>San Francisco, CA 94111<br>Telephone: 415.291.6200<br>Facsimile: 415.291.6300<br><br>*Attorneys for Defendant Lyft, Inc.* |
| | | <u>Susan S.Q. Kalra</u><br>Susan S.Q. Kalra (California State Bar No.<br>167940)<br>Email: skalra@rameyfirm.com<br>RAMEY LLP<br>5020 Montrose Blvd., Suite 800<br>Houston, Texas 77006<br>Telephone: (800) 993- 7499<br>Fax: (832) 900-4941<br>William P. Ramey, III (pro hac vice anticipated)<br>Email: wramey@rameyfirm.com<br>RAMEY LLP<br>5020 Montrose Blvd., Suite 800<br>Houston, TX 77006<br>Telephone: (713) 426-3923<br>Fax: (832) 689-9175<br>*Attorneys for Plaintiff*<br><br>FARE TECHNOLOGIES LLC |