Susan S.Q. Kalra (California State Bar No. 167940)
Email: skalra@rameyfirm.com
RAMEY LLP
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
Telephone: (800) 993- 7499
Fax: (832) 900-4941

William P. Ramey, III (pro hac vice anticipated)
Email: wramey@rameyfirm.com
RAMEY LLP
5020 Montrose Blvd., Suite 800
Houston, TX 77006
Telephone: (713) 426-3923
Fax: (832) 689-9175

*Attorneys for Plaintiff*
FARE TECHNOLOGIES LLC

Jeremy J. Taylor (SBN 249075)
jeremy.taylor@bakerbotts.com
**BAKER BOTTS L.L.P.**
101 California St., Ste. 3600
San Francisco, CA 94111
Telephone: 415.291.6200
Facsimile: 415.291.6300

*Attorneys for Defendant* LYFT, INC.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FARE TECHNOLOGIES LLC,<br><br>       Plaintiff,<br>   v.<br><br>LYFT, INC.,<br><br>       Defendant. | Case No.: 3:23-cv-04935-RFL<br><br>**PARTIES' JOINT STATUS REPORT**<br><br>Hon. Judge Rita F. Lin<br><br>Location: Courtroom 15, 18th Floor |

1  Pursuant to the Judge's April 8, 2024 Order, Plaintiff, Fare Technologies, LLC, ("Fare") and
2  Defendant, Lyft, Inc., ("Lyft") (collectively, the "Parties") submit this Joint Status Report regarding
3  the status of settlement.

The Parties have reached a resolution in principle and are in the process of formalizing a settlement agreement. The parties need more time to finalize the same.

Dated: June 7, 2024                    Respectfully submitted,

*/s/ Susan S.Q. Kalra*
Susan S.Q. Kalra, CA SBN 167940
Email: skalra@rameyfirm.com
**RAMEY LLP**
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
Telephone: (800) 993- 7499
Fax: (832) 900-4941


*/s/ William P. Ramey, III*
William P. Ramey, III (pro hac vice anticipated)
Email: wramey@rameyfirm.com
**RAMEY LLP**
5020 Montrose Blvd., Suite 800
Houston, TX 77006
Telephone: (713) 426-3923
Fax: (832) 689-9175

*Attorneys for Plaintiff*
*FARE TECHNOLOGIES LLC*

| | |
|---|---|
| 1 | */s/ Jeremy Taylor* |
| 2 | Jeremy J. Taylor (SBN 249075) |
| | jeremy.taylor@bakerbotts.com |
| 3 | **BAKER BOTTS L.L.P.** |
| | 101 California St., Ste. 3600 |
| 4 | San Francisco, CA 94111 |
| | Telephone: 415.291.6200 |
| 5 | Facsimile: 415.291.6300 |
| 6 | *Attorneys for Defendant Lyft, Inc.* |