Susan S.Q. Kalra (California State Bar No. 167940)
Email: skalra@rameyfirm.com
RAMEY LLP
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
Telephone: (800) 993- 7499
Fax: (832) 900-4941

William P. Ramey, III (pro hac vice anticipated)
Email: wramey@rameyfirm.com
RAMEY LLP
5020 Montrose Blvd., Suite 800
Houston, TX 77006
Telephone: (713) 426-3923
Fax: (832) 689-9175

*Attorneys for Plaintiff*
FARE TECHNOLOGIES LLC

Jeremy J. Taylor (SBN 249075)
jeremy.taylor@bakerbotts.com
**BAKER BOTTS L.L.P.**
101 California St., Ste. 3600
San Francisco, CA 94111
Telephone: 415.291.6200
Facsimile: 415.291.6300

*Attorneys for Defendant* LYFT, INC.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FARE TECHNOLOGIES LLC,<br><br>                    Plaintiff,<br><br>   v.<br><br>LYFT, INC.,<br><br>                    Defendant. | Case No.: 3:23-cv-04935-RFL<br><br>**PARTIES' JOINT STATUS REPORT**<br><br>Hon. Judge Rita F. Lin<br><br>Location: Courtroom 15, 18th Floor |

- 1 -

1    Pursuant to the Judge's June 12, 2024 Order, Plaintiff, Fare Technologies, LLC, ("Fare")

2  and Defendant, Lyft, Inc., ("Lyft") (collectively, the "Parties") submit this Joint Status Report

3  regarding the status of settlement.

4    The Parties have reached a resolution in principle and are in the process of formalizing a

5  settlement agreement. The parties need more time to finalize the same.

6

7

8  Dated: July 10, 2024                              Respectfully submitted,

9                                                    */s/ Susana S.Q. Kalra*
                                                     Susan S.Q. Kalra, CA SBN 167940
10                                                   Email: skalra@rameyfirm.com
                                                     **RAMEY LLP**
11                                                   5020 Montrose Blvd., Suite 800
                                                     Houston, Texas 77006
12                                                   Telephone: (800) 993- 7499
                                                     Fax: (832) 900-4941
13

14

15                                                   */s/ William P. Ramey, III*
                                                     William P. Ramey, III (pro hac vice anticipated)
16                                                   Email: wramey@rameyfirm.com
                                                     **RAMEY LLP**
17                                                   5020 Montrose Blvd., Suite 800
                                                     Houston, TX 77006
18                                                   Telephone: (713) 426-3923
                                                     Fax: (832) 689-9175
19

20                                                   *Attorneys for Plaintiff*
                                                     *FARE TECHNOLOGIES LLC*
21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*/s/ Jeremy J. Taylor*
Jeremy J. Taylor (SBN 249075)
jeremy.taylor@bakerbotts.com
**BAKER BOTTS L.L.P.**
101 California St., Ste. 3600
San Francisco, CA 94111
Telephone: 415.291.6200
Facsimile: 415.291.6300

*Attorneys for Defendant Lyft, Inc.*

- 3 -