UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FARE TECHNOLOGIES LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>LYFT, INC.,<br><br>        Defendant. | Case No. 23-cv-04935-RFL<br><br>**ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE UNDER RULE 41(B)**<br><br>Re: Dkt. No. 100 |

      Corporations may not appear in federal court without counsel. *Rowland v. California Men's Colony*, 506 U.S. 194, 202–203 (1993). Plaintiff Fare Technologies' counsel initially withdrew ten months ago, but then re-appeared for the limited purpose of settlement and dismissal. (Dkt. No. 78.) On July 17, 2024, counsel stated its intention to withdraw again. (Dkt. No. 90.) Fare Technologies has been on notice since at least that date of the need to retain new counsel. On August 21, 2024, the Court set a deadline of September 20, 2024, for Fare Technologies to retain new counsel, warning that failure to do so could result in dismissal of the case under Federal Rule of Civil Procedure 41(b) because corporations cannot proceed without counsel. (Dkt. No. 96.) Fare has still not retained counsel, despite multiple warnings. (Dkt. Nos. 98, 99.) Accordingly, this matter is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute under Rule 41(b). Judgment shall be entered in Defendant's favor, and the case shall be closed.

      **IT IS SO ORDERED.**

Dated: October 29, 2024

                                                      RITA F. LIN<br>
                                                      United States District Judge